UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. C-11-06525 DMR |
|---|---|
| Plaintiff(s), | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| GRINDLE, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **May 9, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: April 10, 2012

DONNA M. RYU
United States Magistrate Judge